NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GREGORY ROMAN,                              )
                                            )
            Petitioner,                     )
                                            )
v.                                          )         Case No.  2D19-2211
                                            )
SUNCOAST CREDIT UNION, A Federally          )
Insured State Chartered Credit Union,       )
BEACON ON THE 3RD STREET                    )
CONDOMINIUM ASSOCIATION, LISA               )
BONHAM and RICHARD BONHAM,                  )
                                            )
            Respondents.                    )
_____)

Opinion filed November 27, 2019.

Petition for Writ of Certiorari to the Circuit
Court for Pinellas County; Patricia A.
Muscarella, Judge.

Alexander R. Allred, Benjamin Hillard, and
Amy E. Cuykendall of Castle Law Group,
P.A., Largo, for Petitioner.

Richard S. McIver and H. Michael Muñiz
of Kass Shuler, P.A., Tampa, for
Respondents.

PER CURIAM.


            Denied.


LaROSE, LUCAS, and ATKINSON, JJ., Concur.